# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEBORAH TUCCI,**

      **Plaintiff,**

**-vs-**              **Case No.  6:08-cv-606-Orl-22DAB**

**HORIZON HOMES OF CENTRAL**
**FLORIDA, INC.,**

      **Defendant.**
_____

## ORDER

    This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **MOTION TO COMPEL DISCOVERY RESPONSES (Doc. No. 24)** |
| **FILED:** | **November 10, 2008** |

**THEREON** it is **ORDERED** that the motion is **GRANTED** to the extent not moot.

    Although the motion states that it is opposed, no timely opposition has been filed and the motion has merit.  However,  in view of the parties' agreement regarding the upcoming mediation and Defendant's deposition (Doc. No. 25), the Court is not certain that the discovery dispute has not been resolved by the parties.  As such, the motion is **granted,** in that Defendant is **ordered** to provide the requested discovery (if it has not already done so) **at least three business days prior to the corporate deposition.**  The matter of motion costs will be resolved at the conclusion of the case.

**DONE** and **ORDERED** in Orlando, Florida on December 8, 2008.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

-2-