**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**DEBORAH TUCCI,**

                **Plaintiff,**

**-vs-**                                                **Case No. 6:08-cv-606-Orl-22DAB**

**HORIZON HOMES OF CENTRAL**
**FLORIDA, INC.,**

                **Defendant.**
_____

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE (Doc. No. 32)**
>
> **FILED:** December 29, 2008
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED** in part.

Plaintiff seeks issuance of an order to show cause why Defendant should not be held in civil contempt for failing to comply with the Court's Order to provide discovery (Doc. No. 28). Although the motion states that it is opposed, Defendant has filed no timely opposition. The record reflects that Defendant has not only failed to respond to motions, it has continued to fail to comply with discovery requests despite a Court Order (*see* Doc. No. 35). While the Court agrees that an Order to Show Cause is warranted, it does not find the suggested remedy of civil contempt to be appropriate. Rather, Defendant is **ordered to show cause** in writing within 11 days of the date of this Order, why sanctions, including the striking of pleadings and the entry of a default, should not be imposed against

it for failing to obey a Court Order and for abandoning its defense. Defendant is advised that failure to timely respond to this Order may result in the striking of its pleadings and the entry of a default without further notice.

> **MOTION:** **MOTION TO EXTEND TIME (Doc. No. 35)**
>
> **FILED:** **January 9, 2009**
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on January 20, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record