# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**DEBORAH TUCCI,**

        **Plaintiff,**

**-vs-**                                            **Case No. 6:08-cv-606-Orl-22DAB**

**HORIZON HOMES OF CENTRAL FLORIDA, INC.,**

        **Defendant.**

## ORDER

This cause is before the Court on the Joint Motion for Entry of Consent Judgments and Motion to Dismiss Case with Prejudice (Doc. No. 43) filed on February 27, 2009.

The United States Magistrate Judge has submitted a report recommending that the Motions be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations. Specifically, the Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over Fair Labor Standards Act issues.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed March 13, 2009 (Doc. No. 48) is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion for Entry of Consent Judgments and Motion to Dismiss Case with Prejudice (Doc. No. 43) are GRANTED.

3. The Clerk is directed to enter the consent judgments (Doc. Nos. 43-2 and 43-3).

4. This case is DISMISSED WITH PREJUDICE.

5. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on March 31, 2009.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Mediator

ANNE C. CONWAY
United States District Judge